IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES BARNETT CRAIG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:10-cv-151-PWG |
| | ) |
| CHERYL PRICE, WARDEN; | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 23, 2011, recommending that the petition for writ of habeas corpus be dismissed with prejudice. On March 11, 2011 petitioner was allowed an additional thirty days in which to file objections to the magistrate judge's findings and recommendation. On April 1, 2011, petitioner filed objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

As to the foregoing it is **ORDERED** this the 12th day of September, 2011.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE